IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-200 |
| | ) |
| AARON GONZALES DE LA TORRE, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 30th day of June, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 5, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, July 9, 2008 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster         ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Constance Bowden,
    Assistant United States Attorney

    John A. Knorr, Esquire
    1204 Frick Building
    437 Grant Street
    Pittsburgh, PA 15219

    Ana Lahr,
    Court Interpreter

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation